```
01
02
03
04
05
06
07                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
08                                    AT SEATTLE
```

| | | | |
|---|---|---|---|
| 09 | EZIQUIEL HERNANDEZ-MARQUEZ, | )<br>) | CASE NO.   C05-0416-TSZ-MAT<br>CR04-0134-JLR |
| 10 | Petitioner, | ) | |
| 11 | v. | )<br>)<br>) | REPORT AND RECOMMENDATION |
| 12 | UNITED STATES OF AMERICA, et al., | ) | |
| 13 | Respondents. | )<br>) | |
| 14 | _____ | ) | |

15    Petitioner is a federal prisoner who has filed a *pro se* petition for a writ of habeas corpus

16 pursuant to 28 U.S.C § 2241. (Dkt. #1). In the petition, petitioner alleges that he received

17 ineffective assistance of counsel during his recent criminal trial in federal court. However,

18 petitioner's criminal proceedings are still pending, as he has yet to be sentenced. (*See* Dkt. #159

19 in Case #CR04-134). In addition, it appears that he has raised some of the same issues in his on-

20 going criminal case that he raises here. (*See* Dkt. #156 & 158 in Case #CR04-134). Accordingly,

21 petitioner's habeas petition should be dismissed without prejudice as premature. *Cf. United States*

22 *v. Deeb,* 944 F.2d 545, 548 (9th Cir. 1991) (holding that a district court should not entertain a

23 petitioner's collateral attack on a conviction when the petitioner has alternative avenues for relief).

24 / / /

25 / / /

26 / / /

REPORT AND RECOMMENDATION
PAGE -1

01        A proposed Order accompanies this Report and Recommendation.

02        DATED this  20th  day of  May , 2005.

                                      /s/ Mary Alice Theiler
                                      Mary Alice Theiler
                                      United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2